Docket as of October 26, 2004 9:03 pm                    Web PACER (v2.4-EDLA)

# U.S. District Court
## USDC for the Eastern District of Louisiana (New Orleans)

### CIVIL DOCKET FOR CASE #: 04-CV-1547

**Dorty, et al v. Pfizer Inc, et al**

04 cv 12278
PBS

Filed: 06/02/04
Assigned to: Judge Carl J. Barbier
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 365
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Product Liability

---

MAGGIE DORTY
    plaintiff

Stephen Barnett Murray
504-584-5249 FAX
[COR LD NTC]
Gano D. Lemoine, III
504-584-5249 FAX
[COR]
Murray Law Firm
LL&E Tower
909 Poydras St.
Suite 2550
New Orleans, LA 70112
(504) 525-8100

JO HELEN BOLER, individually
and on behalf of others
similarly situated
    plaintiff

Stephen Barnett Murray
(See above)
[COR LD NTC]
Gano D. Lemoine, III
(See above)
[COR]

    v.

PFIZER INC, individually and
as successor in interest to
Parke-Davis, Co. and Warner-
Lambert Company LLC
    defendant

Henri Wolbrette, III
504-596-2800 FAX
[COR LD NTC]
Kathleen Ann Manning
504-596-2800 FAX
[COR]
Mindy Brickman Patron
504-586-2800 FAX
[COR]
McGlinchey Stafford, PLLC
643 Magazine St.
New Orleans, LA 70130-3477

```
                              504-586-1200

WARNER-LAMBERT COMPANY LLC, -     Henri Wolbrette, III
    defendant                    (See above)
                                 [COR LD NTC]
                                 Kathleen Ann Manning
                                 (See above)
                                 [COR]
                                 Mindy Brickman Patron
                                 (See above)
                                 [COR]
```

## DOCKET PROCEEDINGS

DATE      # IMG           DOCKET   ENTRY

6/2/04    1        COMPLAINT; 2 summons(es) issued (dno) [Entry date 06/03/04]

6/2/04    --       Payment of filing fee by plas Maggie Dorty & Jo Helen Boler
                   in the amount of $ 150.00. (dno) [Entry date 06/03/04]

6/22/04   2        Motion by defendant Pfizer Inc, defendant Warner-Lambert Co
                   - and ORDER extending time to answer plas' complaint for
                   an additional 20 days by Judge Helen G. Berrigan   Date
                   Signed: 6/23/04 (lg) [Entry date 06/24/04]

6/23/04   3        Plas' memorandum in opposition to ASEA/AFSCME Local 52
                   Health Benefits Trust's & Brian Krath's mtn to transfer
                   pursuant to 28 USC 1407 & to consolidate into MDL No. 1479.
                   (original filed in MDL Panel) (dno) [Entry date 06/25/04]

7/9/04    4        TRANSFER ORDER: ORDERED that case be transferred to
                   Section J, Judge Carl J. Barbier for further handling. by
                   Judge Helen G. Berrigan Date Signed: 7/8/04 (dno)
                   [Entry date 07/09/04]

7/13/04   5        Motion by defendant Pfizer Inc, defendant Warner-Lambert Co
                   - and ORDER extending time to answer plas' complaint an
                   addl 20 days, by Judge Carl J. Barbier Date Signed:
                   7/15/04 (sek) [Entry date 07/16/04]

7/22/04   6        AFDT/RETURN OF SERVICE of summons and complaint upon
                   defendant Pfizer Inc on 6/4/04 (sek) [Entry date 07/22/04]

7/22/04   7        AFDT/RETURN OF SERVICE of summons and complaint upon
                   defendant Warner-Lambert Co - on 6/4/04 (sek)
                   [Entry date 07/22/04]

| Date | # | Description |
|---|---|---|
| 7/29/04 | 8 | Statement of interest in support of being appointed to the plas' steering committee by Stephen B. Murray & Gano D. Lemoine, III (sek) [Entry date 08/02/04] |
| 8/2/04 | 9 | 3rd Motion by defendant Pfizer Inc, defendant Warner-Lambert Co - and ORDER extending time to answer plas' complaint an addl 20 days, by Judge Carl J. Barbier Date Signed: 8/5/04 (sek) [Entry date 08/06/04] |
| 8/16/04 | 10 | Notice by MDL Panel of hrg to be held 9/30/04 re motions for centralization of certain actions (sek) [Entry date 08/19/04] |
| 8/23/04 | 11 | Motion by plaintiffs Maggie Dorty, and Jo Helen Boler for class certification pursuant to FRCP 23 and UNSIGNED ORDER (ca) [Entry date 08/27/04] |
| 8/26/04 | 12 | MINUTE ENTRY (8/25/04) ORDERED that pla's motion for class certification pursuant to FRCP 23 [11-1] is DENIED without prejudice to the parties right to re-file it before the MDL judge, once appointed; FURTHER ORDERED that the 90-day deadline codified at L.R. 23.1(B) is extended without date so that a new deadline may be established by the ultimate MDL judge; FURTHER ORDERED that this order shall apply to C.A. 04-1547 and 04-1591; by Judge Carl J. Barbier (ca) [Entry date 08/27/04] [Edit date 08/27/04] |

Case Flags:
MAG-3

END OF DOCKET: 2:04cv1547

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 13:29:15 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 2:04cv01547 |
| Billable Pages: | 4 | Cost: | 0.28 |