UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

FILED
IN CLERKS OFFICE

2004 NOV 17 P 2:35

U.S. DISTRICT COURT
DISTRICT OF MASS.

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

November 8, 2004

Mr. Tony Anastas
Clerk, United States District Court
Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Multidistrict Litigation No. 1629
Dorty, et al
vs.
Pfizer, Inc.
Civil Action No. 04-1547, J (3)
Your Case No. C.A. 1:04cv12278 PBS

Dear Mr. Tony Anastas:

Pursuant to an order of the Multidistrict Litigation Panel to transfer the above-captioned case under Title 28 U.S.C. 1407, to the Massachusetts, I am forwarding herewith the entire original record together with a copy of the order of transfer and a certified copy of the docket sheet.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

LORETTA G. WHYTE, CLERK

By _____
Deputy Clerk

Enclosures